IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KAYLA P. REED,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SARAH JONES, TOBY SMITH, JAMES HAGEN, and ADAM CHARTER,<br><br>　　　　　Defendants. | 4:21CV3051<br><br>**MEMORANDUM AND ORDER** |

On July 12, 2021, the court ordered Plaintiff to file an amended complaint within 30 days. (Filing 8.) The court warned Plaintiff that "[f]ailure to file an amended complaint within the time specified by the court will result in the court dismissing this case without further notice to Plaintiff." (Filing 8 at CM/ECF p. 8.) To date, Plaintiff has not filed an amended complaint or taken any other action in this case.

IT IS THEREFORE ORDERED:

1.　This case is dismissed without prejudice for failure to prosecute this matter diligently and for failure to comply with this court's orders; and

2.　Judgment shall be entered by separate document.

DATED this 17th day of August, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge